UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | STATEMENT PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS |
| $75,117.11 in UNITED STATES, CURRENCY SEIZED FROM FIRST INVESTORS CORPORATION ACCOUNT NUMBER xxxxxxxx3649, HELD IN THE NAME OF MAHER AND IRENE ISHAK, et al., | Docket No. 07 Civ. 2619 (PAC) |
| Defendants. | |

-------------------------------------------------------x

**MAHER ISHAK,** hereinafter called Claimant, being duly sworn, deposes and says:

    1.    I submit this Statement Pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims.

    2.    Claimant has an interest in the defendant funds as owner and/or possessor of the property in that the funds belong to claimant.

    3.    The aforesaid funds should be returned to Claimant because the funds were not and are not subject to seizure or forfeiture pursuant to 21 U.S.C. §881(a)(6) or any other statute or regulation of the United States. There was no probable cause for the seizure of the property. Further, the property is not the proceeds of any illegal activity and Claimant did not use the property to facilitate any illegal activity. Further, any forfeiture would be grossly disproportionate to alleged illicit activity and would be barred under the Excessive Fines Clause of the Eighth Amendment to the

Constitution.

4. This statement and claim is made is good faith and is not frivolous.

5. This statement and claim has been made within the time proscribed by law.

**WHEREFORE**, Claimant herein demands the immediate return of said funds and/or its release from seizure.

_____
**MAHER ISHAK**

Sworn to before me this
9 day of May, 2006.

_____
Notary Public

MARY ANN WOLFF
Notary Public, State of New York
No. 01WO6081656
Qualified in Orange County
Commission Expires October 15, 2010.

## VERIFICATION

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF ROCKLAND        )

I, **MAHER ISHAK,** declare under penalty of perjury that the statements set forth in the attached Statement are true and correct to the best of my knowledge, information and belief.

_____
**MAHER ISHAK**

Sworn to before me this
9 day of May, 2006.

_____
Notary Public

MARY ANN WOLFF
Notary Public, State of New York
No. 01WO6081656
Qualified in Orange County
Commission Expires October 15, 2010

CERTIFICATE OF SERVICE

This is to certify that, on May 11, 2007, a true and correct copy of the foregoing Claimant's Statement Pursuant to Rule G was mailed, postage prepaid, by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to

    Christine Meding
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, N.Y. 10007

_____
**STEVEN L. KESSLER**

Dated:    New York, New York
           May 11, 2007